IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOLANDA LITTLES,

    Plaintiff,

  v.

SOUTHWEST AIRLINES,
a Corporation, and DOES 1–100,

    Defendants.
_____/

No. C 06-03030 WHA

**ORDER EXTENDING TIME**

The Court hereby **GRANTS** the parties' stipulation to extend the deadline for private mediation to and including September 29, 2006.

**IT IS SO ORDERED.**

Dated: August 7, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE