1  Richard G. Grotch, Esq. - SBN 127713
   Rachel E. Carr, Esq. - SBN 241459
2  **CODDINGTON, HICKS & DANFORTH**
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5  Email: rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   SOUTHWEST AIRLINES CO.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 YOLANDA LITTLES,                         No. C 06-3030 WHA

12           Plaintiff,                     STIPULATION AND [PROPOSED]
                                            ORDER OF DISMISSAL WITH
13 vs.                                      PREJUDICE

14 SOUTHWEST AIRLINES, a Corporation,
   and DOES 1-100,
15
             Defendants.
16 _____/

17

18       IT IS HEREBY STIPULATED by and between plaintiff YOLANDA LITTLES and defendant

19 SOUTHWEST AIRLINES CO., through their respective counsel, that an order be entered,

20 dismissing the above-entitled action with prejudice, each side to bear her or its own costs and

21 attorney's fees.

22       SO STIPULATED.

23 Dated: October ___, 2006                 LAW OFFICES OF JODY A. MEISEL
24
25
26                                          By: _____
                                                Jody A. Meisel
27                                              Attorneys for Plaintiff
                                                Yolanda Littles
28

Stipulation for Order of Dismissal – C 06-3030 WHA

Dated: October 5, 2006                    CODDINGTON, HICKS & DANFORTH

/s/

By:_____
Richard G. Grotch
Attorneys for Defendant
Southwest Airlines Co.

## ORDER

Having been provided with the foregoing stipulation, IT IS HEREBY ORDERED:

That the above-entitled action be dismissed, with prejudice, each party to bear her or its own attorneys' fees and costs.

SO ORDERED.

Dated: October 10, 2006                    _____
Honorable William H. Alsup
United States District Judge

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge William Alsup]

Stipulation for Order of Dismissal – C 06-3030 WHA

2